JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **SAMUEL MARTINEZ,** | ) | NO. CV 04-2960-MMM (MAN) |
| | ) | |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| **TOM FELKER, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is conditionally granted. Respondent shall discharge Petitioner from custody and all adverse consequences of his conviction in Los Angeles Superior Court Case No. LA023268, unless the State of California reinstates its former plea offer, namely, a sentence of 25 years to life, within ninety (90) days of the date the Judgment herein becomes final, plus any additional delay authorized under state law.

1     IT IF FURTHER ADJUDGED that this action is dismissed with
2 prejudice.
3
4 DATED:    February 13, 2009  .
5
                                        _____
6                                              MARGARET M. MORROW
                                        UNITED STATES DISTRICT JUDGE

2